583 A.2d 326

AMERICAN STEEL ERECTORS, INC. v. FARMERS' RELIANCE
INSURANCE COMPANY
OF NEW JERSEY.

February 26, 1990.

Petition for certification denied.

583 A.2d 327

EDWARD CAMPBELL v. VIRGINIA CAMPBELL.

February 26, 1990.

Petition for certification denied.

583 A.2d 327

LESLIE (ROGERS) STAHL v. WILLIAM NORTON STAHL.

February 26, 1990.

Petition for certification denied.

583 A.2d 327

JOANNE EGAN ASSOCIATES v. LESLIE ROGERS AND
WILLIAM NORTON STAHL.

February 26, 1990.

Petition for certification denied.